Motion GRANTED. Revocation hearing RESET for 11/29/12 at 3:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| | ) | |
| CHADWICK MCELHANEY | ) | |

MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the defendant, Chadwick McElhaney, through counsel, and respectfully moves this Honorable Court to continue the revocation hearing currently scheduled for **Wednesday, November 21, 2012, at 11:00 a.m.** Counsel would show that he is out of state attending to a family emergency in Kansas. Undersigned counsel must remain in Kansas possibly through the weekend and the early part of the week of November 26, 2012. Accordingly, counsel requests that the Court continue the revocation hearing.

Counsel for the government has been contacted and has no objection to a continuance of this matter. Additionally, United States Probation Officer Karen Webb has been contacted and likewise, has no objection to continue the revocation hearing for the reasons stated.

**WHEREFORE**, for the reasons stated herein it is respectfully requested that the Court continue the revocation hearing.