Motion GRANTED. Hearing reset for 1/4/13 at 10:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| CHADWICK MCELHANEY | ) | |

MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the defendant, Chadwick McElhaney, through counsel, and respectfully moves this Honorable Court to continue the revocation hearing currently scheduled for **Thursday, November 29, 2012, at 3:00 p.m.** Counsel would show that he has been out of the district attending to his father, who passed away on Saturday, November 24, 2012. Undersigned counsel has spoken with Hilliard H. Hester, III, Assistant United States Attorney, who has no opposition to this motion.

WHEREFORE, it is with respect, that undersigned counsel requests this Honorable Court continue the revocation hearing in this matter for at least 30 days to a date convenient with the Court's calendar.

Respectfully submitted,

*/s/ Mariah A. Wooten for Ronald C. Small*
MARIAH A. WOOTEN for RONALD C. SMALL
Assistant Federal Public Defender
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 736-5047
Facsimile: (615) 736-5265
E-Mail: ron_small@fd.org

Attorney for Chadwick McElhaney