IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:07-00003 |
| | ) | Judge Trauger |
| CHADWICK MCELHANEY | ) | |
| | ) | |

### **ORDER**

It is hereby **ORDERED** that the revocation hearing scheduled for Monday, February 4, 2013, at 1:00 p.m. is **RESET** for the same day at 1:30 p.m.

It is so **ORDERED**.

ENTER this 30th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge