UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| | ) | |
| CHADWICK MCELHANEY | ) | |

MOTION TO CONTINUE REVOCATION HEARING

Chadwick McElhaney, through counsel, respectfully moves this Honorable Court to continue the revocation hearing currently scheduled for **Monday, June 24, 2013, at 3:00 p.m.** (D.E. 79). The basis for this motion is that the parties have been advised that Mr. McElhaney's state case, which forms the basis for the revocation petition, has been reset for July 3, 2013, in Williamson County. The parties believe it would be beneficial to determine the outcome of the state matter before proceeding with the hearing in the instant matter. The parties believe that a continuance of 90 days would provide sufficient time to resolve the state matter.

Assistant U.S. Attorney Hilliard H. Hester and U.S. Probation Officer Amanda M. Russell have been contacted and have no objection to a continuance of this matter for the reasons stated and for the time period requested.

**WHEREFORE**, for the reasons stated herein, it is respectfully requested that the Court continue the revocation hearing for a period of 90 days so that the disposition of the state matter may be determined and so that a resolution of the instant matter may be reached.