`Motion GRANTED.`

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| CHADWICK MCELHANEY | ) | |

## MOTION TO TEMPORARILY MODIFY SUPERVISED RELEASE AND PERMIT TRAVEL

Chad McElhaney, through counsel, respectfully requests that the Court modify the conditions of his supervised release, which calls for home detention and permit Mr. McElhaney to travel to Grapevine, Texas (a Dallas suburb) starting Friday, July 5, 2013, and returning on Monday, July 8, 2013. Mr. McElhaney would show that the purpose of the requested travel is for job related purposes with Barbizon. While present in Texas, Mr. McElhaney will be staying at the Embassy Suites, 2401 Bass Pro Drive, Grapevine, Texas 76051.

United States Probation Officer Amanda Russell has been contacted and has no objections to Mr. McElhaney traveling during the period above stated. However, Ms. Russell would respectfully request that the four-day period that Mr. McElhaney will be in Texas, and not on home detention, be tolled. Accordingly, Mr. McElhaney's home detention would recommence upon his return to Nashville and be extended for four days.

**WHEREFORE**, for the foregoing reasons it is respectfully requested that the Court allow Mr. McElhaney to travel during the periods of July 5 through July 8, 2013, and that the period of time that he is not on home detention, because of such travel, be tolled. Mr. McElhaney's home detention will be extended four days.