UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

==Motion GRANTED. Hearing reset for 10/29/13 at 3:00 p.m.==

UNITED STATES OF AMERICA )
)
)
v. ) No. 2:07-00003
) JUDGE TRAUGER
)
CHADWICK MCELHANEY )

## MOTION TO CONTINUE REVOCATION HEARING

Chadwick McElhaney, through counsel, respectfully moves this Honorable Court to continue the revocation hearing currently scheduled for **Wednesday, October 9, 2013, at 1:30 p.m.** (D.E. 93). The basis for this motion is that the parties have been advised that while some of Mr. McElhaney's state cases have been resolved, the remaining allegations have been reset for October 22, 2013. The allegations against Mr. McElhaney in state court and before this Court are substantially the same. The parties believe it would be beneficial to determine the outcome of the state matter before proceeding with the hearing in the instant matter. It is, therefore, respectfully requested that the revocation proceedings be continued for 45 days.

Assistant U.S. Attorney Hilliard H. Hester and U.S. Probation Officer Amanda M. Russell have been contacted and agree that it is prudent to await the outcome of the state matters before proceeding with the instant revocation hearing. Accordingly, they have no objection to this request.