# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:07-00003 |
| | ) | Judge Trauger |
| CHADWICK MCELHANEY | ) | |
| | ) | |

## **O R D E R**

A hearing was held on the Superseding Petition on October 29, 2013, at which the defendant requested a continuance, which the government did not oppose. It is **ORDERED** that the revocation proceeding is **RESET** for Thursday, November 14, 2013, at 9:30 a.m.

It is so **ORDERED**.

ENTER this 29th day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge