UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

> **Motion GRANTED. Hearing reset for 12/4/13 at 2:00 p.m.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| CHADWICK MCELHANEY | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Chadwick McElhaney, through counsel, respectfully moves this Honorable Court to continue the revocation hearing currently scheduled for **Thursday, November 14, 2013, at 9:30 a.m.** (D.E. 99). The basis for this motion is that the undersigned has been informed that Mr. McElhaney is currently hospitalized at Rolling Hills hospital in Franklin, Tennessee and is scheduled to undergo a medical procedure today.

Assistant U.S. Attorney Hilliard H. Hester has no objections to this request. It is respectfully requested that the revocation be rescheduled in two weeks if convenient with the Court's calendar.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR #023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 736-5047
E-Mail: ron_small@fd.org

Attorney for Chadwick McElhaney